6:23-MJ-00005

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael J. Barrett, being duly sworn, depose, and state the following:

## INTRODUCTION

1. I am a Postal Inspector employed with the United States Postal Inspection Service (USPIS) since 2022. I am currently assigned to the Roanoke, VA domicile of the Washington Division. My responsibilities include the investigation of federal and state criminal violations involving the United States Postal Service (USPS) and crimes furthered through the use of the United States Mail. I am a Federal law enforcement officer within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure—that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant. I am authorized to investigate criminal and civil matters related to the United States Postal Service and the mails; serve warrants and subpoenas; make arrests; carry firearms; make seizures of property; administer oaths; and perform such other official duties as may be established by the Chief Postal Inspector. Prior to becoming a United States Postal Inspector, I was a Police Officer with Fairfax County for four (4) years. I attended and completed a six (6) month academy conducted at the Fairfax County Criminal Justice Academy. During my time as a police officer, I was trained in criminal investigations with regards to assaults, narcotics, violent crimes, as well as other law enforcement duties.

2. The facts in this affidavit have been obtained through my investigation, personal

observations, training and experience, interviews with law enforcement, interviews of witnesses and victims, and information relayed to me by other law enforcement officers and witnesses. The facts contained in this affidavit are not all the facts known to your Affiant, but only those sufficient to show probable cause.

3. This affidavit is submitted in support of a criminal complaint and application for an arrest warrant charging ALEXANDER THOMAS CHAPMAN with 18 U.S.C. § 1708, theft or receipt of stolen mail. This affidavit is made in connection with a criminal investigation of CHAPMAN conducted by the U.S. Postal Inspection Service, the Campbell County Sheriff's Office, and the Bedford County Sheriff's Office. There is probable cause to believe that throughout December 2022, CHAPMAN stole U.S. Mail from residential mailboxes in the Western District of Virginia and was in possession of stolen U.S. Mail.

## PROBABLE CAUSE

4. In December, 2022, the Campbell County Sheriff's Office received numerous complaints of mail theft throughout the county. On December 21, 2022, victim A.D. contacted the Campbell County Sheriff's Office to report mail and packages had been stolen from his/her mailbox and that that he/she had found some of her mail ripped up down the road. A.D. called again on December 25, 2022, and reported he/she had put a game camera at his/her mailbox. The camera showed a vehicle that appeared to be a white Ford Escape come by the mailbox at 0323 hours. The two items that had been in the mailbox—an empty box left by A.D. as bait and something left for A.D. by a friend—were both gone. A.D. provided authorities a receipt for clothing purchased from Amazon, which was in a package that she had reported stolen.

5. On December 25, 2022, victim G.B. contacted the Campbell County Sheriff's Office to

report mail had been stolen from his/her mailbox. G.B. was out of town at the time but saw on a security camera a vehicle described as a white, smaller SUV at the mailbox at 0457 hours. The camera showed someone from the vehicle opening the mailbox and removing mail.

6. On December 26, 2022, while conducting a patrol of the area affected by the thefts, Campbell County Sheriff's Deputy Williams spotted a white Ford Escape consistent with the victims' description behind the residence located at 2303 East Ferry Road, Gladys, VA 24554. This residence has an extensive history of calls for service involving narcotics, larceny, and wanted subjects.

7. CHAPMAN, who had been identified as a person of interest in the mail thefts, was known by Campbell County Sheriff's Office to frequent 2303 East Ferry Road. Deputy Williams also knew that CHAPMAN had an outstanding federal arrest warrant.

8. Campbell County deputies were able to keep sight on the vehicle until it left the residence a short time later before turning onto Stone Road and pulling into the driveway of 1468 Stone Road. The vehicle had no connection to this residence.

9. Deputies pulled in behind the vehicle and approached. They identified the driver and sole occupant of the vehicle as CHAPMAN. CHAPMAN was taken into custody. While placing CHAPMAN under arrest and removing him from the vehicle, deputies observed U.S. Mail in plain view on the driver's side floorboard. The mail was neither addressed to CHAPMAN nor the 2303 East Ferry Road address from where he had just come. The vehicle was towed back to the Campbell County Sheriff's Office and secured pending the issuance and execution of a search warrant.

10. Law enforcement obtained a search warrant for the vehicle and executed it the same day.

Authorities located and recovered multiple pieces of U.S. Mail from numerous addresses strewn about the vehicle. None of the mail was addressed to CHAPMAN. Law enforcement also found in the vehicle clothing from the Amazon package reported missing by victim A.D., a U.S. Passport issued in the name of victim J.M., a Social Security card, a Virginia driver's license, a Virginia EBT card, a Wells Fargo debit card, and a check, all belonging to other individuals.

11. On January 4, 2023, Postal Inspectors (PI) Barrett and McCafferty obtained the recovered U.S. Mail from the Campbell County Sheriff's Office.

12. On January 6, 2023, PI McCafferty interviewed J.M. about the stolen passport. J.M. stated he/she does not know CHAPMAN and that CHAPMAN did not have permission to be in control of his/her mail. J.M. stated the passport was returned to him/her by Campbell County deputies.

## CONCLUSION

13. Based on the information contained herein, your Affiant respectfully submits there is probable cause to believe that ALEXANDER THOMAS CHAPMAN violated Title 18, United States Code, Section 1708, theft or receipt of stolen mail matter.

*Michael J. Barrett*
Michael J. Barrett
U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to before me this   12th   day of January, 2023.

*Robert S. Ballou*
Honorable Robert S. Ballou
United States Magistrate Judge